UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 14-24626-CIV-COOKE/TORRES

INFINITY AIR, INC.,
a California corporation

    Plaintiff,

v.

FRANTONAL TRUCKING,
a foreign company,

    Defendant.
_____/

**PLAINTIFF INFINITY AIR, INC.'S**

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Infinity Air, Inc. ("Infinity") states that there is no corporation that would be a parent corporation and that there are no publicly held corporations that own 10% or more of Infinity's stock.

Date: March 4, 2015

    Respectfully Submitted,

    Omar K. Ibrahem, P.A.
    Attorney for Infinity Air, Inc.
    1001 Brickell Bay Drive, 9th Floor
    Miami, Florida 33131
    Tel: 786.502.4837
    Fax: 786.513.3980
    Email: omar@okilaw.com

    By: s/Omar K. Ibrahem
        Omar K. Ibrahem
        Florida Bar No. 59045

## CERTIFICATE OF SERVICE

I certify that on March 4, 2015, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document was served on all counsel of record or *pro se* parties in the service list below, either via transmission of Notice of Electronic Filing generated by CM/ECF, or via other means if required.

By: s/Omar K. Ibrahem
Omar K. Ibrahem

## SERVICE LIST
*Infinity Air, Inc. v. Frantonal Trucking*
**CASE NO. 14-24626-CIV-COOKE/TORRES**

*Via CM/ECF*

Lawrence J. Roberts, Esq.
Email: lroberts@lrobertsandassociates.com
David William Smith, Esq.
Email: dsmith@lrobertsandassociates.com
Lawrence J. Roberts & Associates, P.A.
249 Catalonia Avenue
Coral Gables, Florida 33134
Tel.: (305) 441-7882
Fax: (305) 441-7883
*Counsel for Defendant*